1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  BEN A. PORTER, PSBN 14195
5  Special Assistant United States Attorney
   Assistant Regional Counsel
6    Social Security Administration, Region IX
7    160 Spear Street, Suite 800
     San Francisco, California 94105
8  Tel: (415) 977-8978
9  Fax: (415) 744-0134
   E-mail: Ben.Porter@ssa.gov
10 Attorneys for Defendant

11
   Jonathan O. Peña, Esq.
12 CA Bar ID No.: 278044
13 Peña & Bromberg, PLC
   5740 N. Palm Avenue
14 Suite 103
15 Fresno, CA 93704
   Telephone: 559-412-5390
16 Facsimile:866-282-6709
17 info@jonathanpena.com
   Attorney for Plaintiff, Cynthia Marie Russo
18

19              UNITED STATES DISTRICT COURT
20        FOR THE EASTERN DISTRICT OF CALIFORNIA
                  SACRAMENTO DIVISION
21

22 CYNTHIA MARIE RUSSO,              Case No.  2:17-CV-01957-CKD

23        Plaintiff,                 STIPULATION AND [~~PROPOSED~~]
24                                   ORDER FOR THE AWARD OF
          v.                         ATTORNEY FEES UNDER THE EQUAL
25 ANDREW SAUL,[1]                   ACCESS TO JUSTICE ACT (EAJA)

26

27 _____

28 [1]  Andrew Saul is now the Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal
   Rules of Civil Procedure, the Court should substitute Andrew Saul for Acting Commissioner Nancy A.

| Commissioner of Social Security, | 28 U.S.C. § 2412(d) |
| --- | --- |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of THREE THOUSAND, NINE HUNDRED SIXTY DOLLARS and 46/100 ($3,960.46) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

---

Berryhill as the Defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 405(g) of the Social Security Act, 42 U.S.C. § 405(g).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of THREE THOUSAND, NINE HUNDRED SIXTY DOLLARS and 46/100 ($3,960.46) in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Jonathan O. Peña, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: June 11, 2019
*/s/ Jonathan O. Peña*
JONATHAN O. PEÑA
Attorney for Plaintiff

Dated: June 12, 2019
MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Ben A. Porter\**
BEN A. PORTER
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature
obtained via email on 6/12/19).

SO ORDERED.

DATED: June 13, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-3-